# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STRIKE 3 HOLDINGS, LLC,

            Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 68.61.187.236,

            Defendant.

Case No. 5:18-cv-12891-JEL-EAS

## ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time Within Which to Effectuate Service on Defendant John Doe, subscriber assigned IP address 68.61.187.236, with a summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until February 11, 2019 to effectuate service of a summons and Complaint on Defendant.

IT IS SO ORDERED.

Dated: December 13, 2018

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge